**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MARTINA SMART, ET AL.                                        CIVIL ACTION

VERSUS                                                       NO: 05-1506

OHIBA, ET AL.                                                SECTION: "K"(3)

**ORDER AND REASONS**

Before the Court is the Motion to Dismiss for Insufficient Service of Process

(Rec.Doc.No. 29) brought by Defendant Dr. Elizabeth Ohiku. Generally, a plaintiff has 120 days

to serve defendants from the filing of the complaint. Fed. R. Civ. P. 4(m). The Complaint in this

matter was filed on April 22, 2005. Prior to the expiration of the 120 days to effectuate service,

the Court ordered that this proceeding be administratively closed and stayed. *See* Order, at p. 8

(Rec.Doc.No. 24).

Despite the fact that this proceeding is currently closed, Defendant, without filing a

motion to reopen the matter, filed the instant motion to dismiss, wherein she claims that she was

not served according to the Federal Rules[1] and the time for service has expired. The Court notes

_____

[1] Rule 4(e) of the Federal Rules of Civil Procedure allows a plaintiff to serve an
individual personally, at his domicile, or in accordance with procedural methods provided by the

that service on an individual at her place of business is not proper; however, this case is closed

and the service issue is not properly before the Court. Accordingly,

IT IS ORDERED that the Motion to Dismiss (Rec.Doc.No. 29) is DENIED.

New Orleans, Louisiana, on this __2nd__ day of April, 2007.

 

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

---

state in which the district court is located. Here, Plaintiff served the Defendant, an individual, at her place of business on two occasions. Louisiana law does not permit service upon an individual at her place of business. *Jason v. Nugent*, 2005 WL 53301, at *3 (E.D. La. Jan. 7, 2005) (Vance, J.).